UNITED STATES of America ex rel. Gene McCANN, Petitioner-Appellant, v. E. E. THOMPSON, Warden of U. S. Detention Headquarters, New York City, and James E. Mulcahy, U. S. Marshal for Southern District of New York, Respondents-Appellees.

No. 307.

Circuit Court of Appeals, Second Circuit.

April 4, 1945.

Writ of Certiorari Denied May 21, 1945.

See 65 S.Ct. 1195.

Gene McCann, petitioner-appellant, pro se.

Richard J. Burke, Asst. U. S. Atty., of New York City (John F. X. McGohey, U. S. Atty., of New York City, of counsel), for respondents-appellees.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

■

David USDAN and Louis Greenblatt, Executors of the Estate of Max Usdan, Plaintiffs-Appellants, v. UNITED STATES of America, Defendant-Appellee.

No. 197.

Circuit Court of Appeals, Second Circuit.

March 23, 1945.

Kenneth Carroad, of New York City (B. R. Dreyer, of New York City, on the brief), for plaintiffs-appellants.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Robert N. Anderson, and Ruppert Bingham, Sp. Assts. to Atty. Gen., and T. Vincent Quinn, U. S. Atty., of Brooklyn, N. Y., for defendant-appellee.

Before EVANS and CHASE, Circuit Judges, and HINCKS, District Judge.

PER CURIAM.

Affirmed on the authority of Samara v. United States, 2 Cir., 129 F.2d 594, and Louis F. Hall & Co., Inc., v. United States, 2 Cir., 148 F.2d 274, decided this day.